IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LATCHMI RAWATIRAMAN,<br>    Plaintiff, | §<br>§<br>§ | |
| v. | § | CIVIL ACTION NO. 4:13-1818 |
| | § | |
| TYSON FOODS, INC., *et al.*,<br>    Defendants. | §<br>§<br>§ | |

## CONDITIONAL DISMISSAL ORDER

Having been notified that a settlement has been reached in this case among all parties to this lawsuit [Doc. # 42], it is hereby

**ORDERED** that this case is **DISMISSED** without prejudice to reinstatement of Plaintiff's claims, if any party represents to the Court on or before **May 15, 2015**, that the settlement could not be completely documented. It is further

**ORDERED** that Defendants Wal-Mart Associates, Inc. and Wal-Mart Stores of Texas, LLC's Motion for Summary Judgment and Brief in Support [Doc. # 41] is **DENIED as moot**.

SIGNED at Houston, Texas, this  9th  day of **March, 2015.**

_____
Nancy F. Atlas
United States District Judge